# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| UNITED STATES OF AMERICA, | ) | NO. CR 09-02292-FRZ-CRP |
|---|---|---|
| Plaintiff(s), | ) | |
| vs. | ) | ORDER |
| Daniel Aaron Miller, | ) | |
| Defendant(s). | ) | |

This matter was referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1)(B) and the local rules of practice of this Court for hearing and report and recommendation on Defendant's Motion to Suppress Statements [Doc 28].

On October 12, 2010, Magistrate Judge Charles R. Pyle conducted a hearing and on February 10, 2011 issued his Report and Recommendation [Doc 43]. A copy was sent to all parties. On March 21, 2011, Government filed their Objection to the Report and Recommendation.

The Court, having made an independent review of the record herein, orders as follows:

IT IS ORDERED that Magistrate Judge Pyle's Report and Recommendation is ACCEPTED and ADOPTED by this Court as the findings of fact and conclusions of law in this matter.

IT IS ORDERED that the Motion to Suppress Statements is GRANTED.

DATED this 6th day of April, 2011.

Frank R. Zapata
Senior United States District Judge