# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-09-02292-001-TUC-RM (BGM) |
| Plaintiff, | **ORDER** |
| v. | |
| Daniel Aaron Miller, | |
| Defendant. | |

On October 30, 2020, Magistrate Judge Bruce G. Macdonald issued a Report and Recommendation (Doc. 144) recommending that this Court deny Defendant's Motion to Dismiss Certain Allegations in Superseding Petition to Revoke Supervised Release for Unreasonable Delay (Doc. 118), and find that the Government has met its burden of establishing that Defendant violated his conditions of supervised release as set forth in Allegations A(1), A(2), B, C(2), C(3), and C(4) of the Second Superseding Petition to Revoke Supervised Release.[1]  No objections to the Report and Recommendation were filed, and the deadline for filing objections has expired.

A district judge must "make a de novo determination of those portions" of a magistrate judge's "report or specified proposed findings or recommendations to which

---

[1] The Report and Recommendation recommends finding that the Government failed to meet its burden of establishing that Defendant violated his conditions of supervised release as set forth in Allegation C(1) of the Second Superseding Petition to Revoke Supervised Release.  Allegation D was dismissed on the Government'otion. (Docs. 128, 138, 144.)

objection is made." 28 U.S.C. § 636(b)(1); *see also* Fed. R. Crim. P. 59(b)(3) ("The district judge must consider de novo any objection to the magistrate judge's recommendation"). Failure to object to the findings and recommendations of the magistrate judge "waives a party's right to review." Fed. R. Crim. P. 59(b)(2).

The Court finds no error in Magistrate Judge Macdonald's Report and Recommendation, and Defendant has waived his right to review by failing to file objections. Accordingly,

**IT IS ORDERED** that the Report and Recommendation (Doc. 144) is **accepted and adopted in full**.

**IT IS FURTHER ORDERED** that Defendant's Motion to Dismiss Certain Allegations in Superseding Petition to Revoke Supervised Release for Unreasonable Delay (Doc. 118) is **denied**.

**IT IS FURTHER ORDERED** that the Court finds that the Government has met its burden of establishing that Defendant violated his conditions of supervised release as set forth in Allegations A(1), A(2), B, C(2), C(3), and C(4) of the Second Superseding Petition to Revoke Supervised Release (Doc. 131). However, the Government has failed to meet its burden of establishing that Defendant violated his conditions of supervised release as set forth in Allegation C(1).

Dated this 30th day of November, 2020.

_____
Honorable Rosemary Márquez
United States District Judge